## COURTROOM MINUTE SHEET

DATE  3-27-2026

Case Nos. CR-20-240-1–F and CIV-24-1137-F

United States -vs-  Bobby Chris Mayes

COMMENCED  9:00  ENDED  9:50  TOTAL TIME  50 min.

PROCEEDINGS  Continued Hearing on § 2255 Motion

JUDGE STEPHEN P. FRIOT  DEPUTY LORI GRAY  REPORTER SUSAN FENIMORE

PLF COUNSEL  Tom Snyder, Jacquelyn Hutzell

DFT COUNSEL  Bill Zuhdi

Dft appears in custody of USM.

The court makes its findings of fact and conclusions of law with respect to Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (doc. no. 401).

For the reasons set out on the record in open court, Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (doc. no. 401) is **DENIED**.

A certificate of appealability is **DENIED**.

Judgment to follow.

20-0240x054 (Mayes) (3-27-26 minute sheet for 2255 hrg).docx