**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | Case No. CR-20-240-F |
| | ) | Case No. CIV-24-1137-F |
| BOBBY CHRIS MAYES, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>JUDGMENT</u>

In accordance with the findings of fact and conclusions of law stated on the record in open court on this date, motion of the defendant, Bobby Chris Mayes for relief under 28 U.S.C. § 2255, doc. no. 401 in Case No. CR-20-240-F (doc. no. 1 in Case No. CIV-24-1137-F), is **DENIED**.

The court, after careful consideration, concludes, for the reasons stated on the record on this date, that, by the present motion, the defendant has not made a substantial showing of the denial of a constitutional right and that the issuance of a certificate of appealability should be and is hereby **DENIED**.

Dated at Oklahoma City, Oklahoma, this 27th day of March, 2026.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

20-0240p162 (Mayes).docx